February 25, 1977.

APPEAL No. 76-217. ANGELINA PASQUAZZI *v.* FRANK PASQUAZZI. Motion of petitioner to remand her case to the Family Court for hearing on a motion is granted. After hearing, the case will be returned to this court forthwith. Respondent's motion that he be granted until March 24, 1977 to file his brief is granted. *Alan H. Pearlman,* for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondent.

APPEAL No. 76-375. ANGELA PRINCIPE *v.* FULFLEX, INC. Motion of petitioner for an extension of time to March 17, 1977 to file her brief is granted. *Raul L. Lovett,* for petitioner. *Worrell & Hodge,* for respondent.

March 3, 1977.

M. P. No. 76-268. VITO GESUALDI *v.* BOARD OF REVIEW OF THE DEPARTMENT OF EMPLOYMENT SECURITY *et al.* Motion of respondent for special assignment is granted and this case is assigned to the calendar for April 4, 1977, 9:30 a.m., for oral argument. *Francis A. Manzi,* for petitioner. *Irving J. Bilgor,* Legal Counsel, Board of Review, *John A. Notte III,* Legal Counsel, Department of Employment Security, for respondents.

M. P. No. 76-282. LEWIS B. BISCHOFF *et al. v.* DEEB G. SARKAS *et al.* Case is consolidated with the case of *Bischoff* v. *Sarkas,* 117 R.I. 993-94, 371 A.2d 275 (1977). *Archibald B. Kenyon, Jr.,* Town Solicitor, for petitioners. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, *Moses Kando,* for Matunuck Beach Hotel, Inc., for respondents.

M. P. No. 76-411. TOWN OF TIVERTON *v.* FRATERNAL ORDER OF POLICE, LODGE #23. Case is consolidated with the case of *Police Department of the Town of Tiverton* v. *Town of Tiverton,* 117 R.I. 996, 371 A.2d 278 (1977), for oral argument. *Corcoran, Peckham & Hayes, Katheleen Managhan, Arthur W. Murphy,* for petitioner. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for respondent.